IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 09-cr-00528-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ERIC G. ADAMS,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 17, 2010**.

    Pending before the Court is Defendant's Motion to Depart the Jurisdiction [docket #130]. The Plaintiff shall file a response to the motion on or before May 20, 2010 and, if opposed, the Defendant may file a reply to the response on or before May 21, 2010.