UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00528-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ERIC G. ADAMS,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Due to a scheduling conflict with the Court's calendar, the Change of Plea hearing set for Friday, July 2, 2010 is **VACATED and reset for Monday, August 2, 2010 at 2:30 p.m.**

    Dated: June 22, 2010