UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00528-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ERIC G. ADAMS,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Due to a scheduling conflict with the Court's calendar, the sentencing hearing set for January 20, 2011 is **VACATED and reset for Wednesday, February 2, 2011 at 11:00 a.m.**

    Dated: January 10, 2011