**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   09-cr-00528-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3.   ERIC G. ADAMS,

    Defendant.

---

**ORDER DISMISSING WITH PREJUDICE
COUNTS 25-33 OF INDICTMENT**

---

THIS MATTER comes before the Court upon the Government's Motion to Dismiss with Prejudice Counts 25-33 of the Indictment [Doc. # 258], filed October 18, 2010.  The Court having considered this motion, it is hereby

ORDERED that Government's Motion to Dismiss with Prejudice Counts 25-33 of the Indictment [Doc. # 258], filed October 18, 2010, is **GRANTED.**  It is further

ORDERED that Counts 25-33 of the Indictment are dismissed with prejudice as to Defendant, Eric G. Adams.

DATED this 2nd day of February, 2011.

                BY THE COURT:


                s/ Wiley Y. Daniel
                WILEY Y. DANIEL,
                CHIEF UNITED STATES DISTRICT JUDGE