IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.   09-cr-00528-WYD

UNITED STATES OF AMERICA,

 Plaintiff,

v.

3.  ERIC G. ADAMS,

 Defendant.

---

## ORDER EXONERATING BOND

---

  This criminal action has proceeded to sentencing and a final judgment and conviction, and the defendant was sentenced to a term of probation.  As a result, all the conditions of an appearance bond imposed by the court as a pretrial matter to secure the defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied.  Accordingly, it is

  **ORDERED** that the bond in this case is hereby exonerated and the surety or sureties, if applicable, are released.  It is further

  **ORDERED** that the bail funds or property deposited into the registry of the court shall hereby be released by the clerk of the court, or a designated deputy, to the surety or the defendant.

Dated this <u>14th</u> day of February, 2011.

                                        BY THE COURT:

                                        <u>s/ Wiley Y. Daniel</u>
                                        WILEY Y. DANIEL,
                                        CHIEF UNITED STATES DISTRICT JUDGE